SSN: 1467

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 23 AM 7:04

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| TAMMY E. POL, | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 06-1655 |
| vs. | * | SECTION: "S" (1) |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | * | |
| Defendant. | * * * | |

## JUDGMENT

Considering the Commissioner's Unopposed Motion to Remand, the court finds that the Motion is well-taken and should be granted.

Therefore,

**IT IS ORDERED** that the this case be remanded to the Commissioner of Social Security for further proceedings, under the sixth sentence of 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 21 day of June 2006.

UNITED STATES DISTRICT JUDGE

Fee ___
Process ___
X Dktd ___
  CtRmDep ___
  Doc. No ___