UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY E. POL | CIVIL ACTION |
| VERSUS | NO:  06-1655-MVL-SS |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the cross-motion of the defendant for summary judgment (Rec. docs. 16 and 17) is GRANTED and the motion of the plaintiff, Tammy E. Pol, for summary judgment (Rec. doc. 14) is DENIED.

New Orleans, Louisiana, this  27th  day of   August    , 2007.

UNITED STATES DISTRICT JUDGE